UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v.  ) | USDC No. 22-cr-23-02 (TFH) |
| ) | |
| Tina Logsdon *defendant*. ) | |

ORDER

Upon good cause shown in Defendant's Motion for Review of Conditions of Release and other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this ____ day of _____, 2022, that the condition of release that the defendant not possess "a firearm, destructive device, or other weapon" (ECF Doc. 12, condition ¶7(k) is hereby VACATED as to firearms only, and shall remain in effect as to destructive devices or other weapons.

_____
Hon. Thomas F. Hogan, Senior Judge
United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
    6300 Orchid Drive
    Bethesda, MD 20817-5614
    By ECF

Elizabeth Rogers, Esq.
U.S. DOJ-USAO
By ECF

Kira Anne West, Esq.
Attorney for codefendant Christopher Logsdon
By ECF