UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 22-CR-23-TFH |
| | : | |
| TINA LOGSDON, | : | |
| Defendant. | : | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION TO MODIFY CONDITIONS OF
<u>RELEASE</u>

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to defendant Tina Logsdon's Motion to Modify Conditions of Release ("Mot."). ECF No. 17.

The government agrees that a modification of the pretrial firearms restriction is justified in this case. Ms. Logsdon is not charged with any crimes of violence and has no violent criminal history. Ms. Logsdon is not required to meet with Pretrial Services in person at this time. Ms. Logsdon has asserted that she wishes to possess a firearm in her home while her husband works overnight and Ms. Logsdon is at home with their children. Ms. Logsdon has an Illinois permit to possess a firearm in her home.

Based on those unique circumstances, the parties agree that a modification of the condition can be imposed here. The parties agree that Ms. Logsdon should not possess any firearm other than her own personal firearm in her residence for personal protection, and not possess any other weapon or destructive device. If at any time Ms. Logsdon meets with Pretrial Services in person, she should not be allowed to possess her firearm during those visits.

The government has consulted with attorney for Ms. Logsdon, and the defense does not object to this modification.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052


        By: /s/ Elizabeth Rogers
        ELIZABETH ROGERS
        Assistant United States Attorney
        Detailed to the District of Columbia
        TN Bar No. 33004
        167 North Main Street, Suite 800
        Memphis, TN 38103
        Elizabeth.rogers@usdoj.gov
        (901) 218-5438