UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-23-02 (TFH) |
| | ) | |
| Tina Logsdon, *defendant*. | ) | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, respectfully moves the Court, with no opposition from the United States, to continue the status hearing set for April 22, 2022 at 2:00 p.m. for a period of at least ten (10) days, to a date convenient with the Court and the parties, for the reason that follows.

Counsel represents the defendant in *United States v. James Hutchings,* 19-cr-361-02 (BAH). The trial of that case was set to begin on May 3, 2022. After the recent status hearing in the instant case, Chief Judge Howell, *sua sponte*, moved the start of the trial to May 2. Counsel conferred with the chief judge's courtroom deputy, who advised that counsel would not be available to appear in the status hearing this Court set for May 2 in the instant case.

Though the instant case is set for status, the Court set this case on a date and at a time sufficient for the conduct of a plea hearing if the parties were able to reach an agreement by then. The defendant thus seeks a continuance of at least ten (10) days to a date and time on which the Court will have sufficient time for such a hearing.

The government and counsel for codefendant Christopher Logsdon do not oppose this motion.

The defendant, after having been advised by counsel, hereby waives, as does the United States, the time between May 2, 2022, and the next court date the time under the Speedy Trial Act.

A proposed Order is attached.

WHEREFORE, the defendant respectfully moves the Court to grant said relief.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Elizabeth Rogers, Esq., DOJ-USAO, attorney of record for the government in the instant case, and Kira Anne West, counsel for Christopher Logdson, this 6th day of April, 2022.

/s/
_____
*Nathan I. Silver, II*