UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-23-02 (TFH) |
| | ) | |
| Tina Logsdon, *defendant*. | ) | |

ORDER

Upon good cause shown in Defendant's Unopposed Motion to Continue Status Hearing, the lack of opposition from both her codefendant and from the United States, and on other evidence before the Court in the record of the case, it is hereby

ORDERED, this ____ day of _____, 2022, that the Status Hearing on now set for June 14, 2022, at 11 o'clock a.m. is hereby VACATED, and hereby rescheduled for _____, 2022 at ____ a.m./p.m.

_____
Hon. Thomas F. Hogan, Senior Judge
United States District Court for the District of Columbia

Cc: Nathan I. Silver, Esq.
6300 Orchid Drive
Bethesda, MD 20817-5614
By ECF

Kira Anne West, Esq.
712 H Street, NE - Unit 509
Washington, D.C. 20002
By ECF

Thomas D. Campbell, Esq.
U.S. Dept. of Justice (Health Care Fraud Section)
1400 New York Ave., N.W.
Washington, D.C. 20005
By ECF