UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 22-cr-23-02 (TFH) |
| | ) | |
| Tina Logsdon    ,    *defendant*. | ) | |

MOTION TO WITHDRAW DOC. 34
UNOPPOSED MOTION TO CONTINUE STATUS HEARING
FILED IN ERROR

    Defendant, through undersigned counsel Nathan I. Silver, II, Esq., appointed by this Court under the Criminal Justice Act, respectfully moves the Court, with no opposition from either the United States or codendant Christopher Logsdon, to withdraw previously filed Motion, "Unopposed Motion to Continue Status Hearing," (ECF Doc. 34) as filed in error.

    A proposed Order is attached.

    WHEREFORE, the defendant respectfully moves the Court to grant said relief.

    This pleading is,

    Respectfully submitted,

    /s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Thomas D. Campbell, Esq., United States Department of Justice (Health Care Fraud Unit ), attorney of record for the government in the instant case, and Kira Ann West, attorney for codefendant Christopher Logsdon, this 13th day of June, 2022.

/s/
_____
*Nathan I. Silver, II*