UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | USDC No. 22-cr-23-02 (TFH) |
| ) | |
| Tina Logsdon   ,   *defendant*. ) | |

UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., appointed by this Court under the Criminal Justice Act, respectfully moves the Court, with no opposition from either the United States or codendant Christopher Logsdon, to continue the status hearing set for June 14, 2022 at 11 o'clock a.m. for a period of approximately thirty (30) days, to a date convenient with the Court and the parties, for the reasons that follow.

1. The defendant and her codefendant are charged in a four count Information with a misdemeanor offenses arising from the protests and eventual riot at the U.S. Capitol on January 6, 2021.

2. The government has recently extended a plea offer to both defendants. Through no fault of current government counsel, the extension of the plea offer was delayed because of a change in government counsel. Counsel for the defendants need additional time in which to review the plea agreement and statement of offense the government has proposed to each defendant.

3. It will conserve the Court's resources by not having to conduct a status hearing in this case, especially since the request made here would be the only order of business the parties feel

would have to be taken up, Should the Court choose, it may set aside time for the next hearing that will be sufficient for the taking of guilty pleas from the defendants.

    4. In the interests of justice, the defendants waive, as does the United States, the time between June 14, 2022, and the next court date the time under the Speedy Trial Act.

    A proposed Order is attached.

    WHEREFORE, the defendant respectfully moves the Court to grant said relief.

    This pleading is,

    Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Thomas D. Campbell, Esq., United States Department of Justice (Health Care Fraud Unit ), attorney of record for the government in the instant case, and Kira Ann West, attorney for codefendant Christopher Logsdon, this 13th day of June, 2022.

/s/
_____
*Nathan I. Silver, II*