

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | **Case No.: 22-cr-23-TFH** |
| | : | |
| **v.** | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | |
| **TINA LOGSDON,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### <u>STATEMENT OF OFFENSE</u>

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **TINA LOGSDON**, with the concurrence of her attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.      On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C.  During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020.  The joint session began at approximately 1:00 PM.  Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades.  Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building.  The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured.  Members of the USCP

attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts.  The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers.  Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021.  In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured.  The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *TINA LOGSDON's Participation in the January 6, 2021, Capitol Riot*

8.      The defendant, **TINA LOGSDON,** lives in Sesser, Illinois.  On January 5, 2021, defendant traveled from Sesser, Illinois, to Maryland, via automobile, with her husband and co-defendant, Christopher Logsdon.  The purpose of the defendant's trip was to get to Washington, D.C., to protest Congress' certification of the Electoral College.

9.      On January 6, defendant **TINA LOGSDON** and Christopher Logsdon drove from Maryland to Washington, D.C.  The defendant and Christopher Logsdon attended the "Stop the

Steal" rally and listened to President Donald Trump's speech. **TINA LOGSDON** and Christopher Logsdon then marched to the Capitol building.

10.     At some time before or around 2:20pm, defendant entered the United States Capitol through a side door. At or around 2:21pm, the defendant was in the Capitol Crypt's North Lobby. At or around 2:28pm, the defendant walked through the House Wing doors, chanting with her fist raised. At or around 2:33pm, the defendant proceeded through the Memorial Door. At or around 2:37pm, the defendant walked through Central Hall East to the Crypt stairs to the Visitor's Center. At or around 2:39, the defendant filmed a video in which she claimed that she "took the Capitol" and "stopped the vote." At or around 2:50pm, the defendant departed the Visitor's Center and proceeded to the Rotunda Door, leaving the Capitol at roughly 2:51pm.

11.     On January 7, 2021, defendant posted on her Facebook account, "It was Trump supporters who stormed the Capital I was one of them. Enough is enough it is time we as Americans take a stand, and what better way then to clean house. [sic]." Defendant additionally posted, "Yes we stormed the capitol. We tried to do it peacefully but they wouldn't listen maybe now they will. [sic]."

### *Elements of the Offense*

12.     **TINA LOGSDON** knowingly and voluntarily admits to all the elements of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of Title 40, United States Code, Section 5104(e)(2)(G). Specifically, defendant admits that she willfully and knowingly entered the U.S. Capitol Building knowing that that she did not have permission to do so. Defendant further admits that while inside the Capitol, she willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,


Matthew M. Graves
United States Attorney


By: _____

Thomas P. Campbell
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
1400 New York Ave. NW
Washington, D.C. 20005
Tel: (202) 262-7778
Email: thomas.campbell@usdoj.gov

## DEFENDANT'S ACKNOWLEDGMENT

I, **Tina Logsdon**, have read this Statement of the Offense and have discussed it with my attorney, **Nathan Silver**. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 7-15-22

**Tina Logsdon**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I, **Nathan Silver**, have read this Statement of the Offense and have reviewed it with my client, **Tina Logsdon**, fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: July 16, 2022

**Nathan Silver**
Attorney for Defendant