UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | ) USDC No. 23-cr-23-02 (TFH) |
| | ) |
| Tina Logsdon, *defendant*. | ) |

SUPPLEMENT TO DEFENDANT'S
SENTENCING MEMORANDUM

The defendant, through undersigned counsel, Nathan I. Silver, hereby supplements defendant's Sentencing Memorandum with the following information, which is important for the defendant to have at sentencing:

In its memoranda, the government has requested a sentence of forty-five days (45) incarceration for the defendant (ECF Doc. 53) and a period of thirty (30) days for her husband, codefendant Christopher Logsdon (ECF Doc. 52). Of course, the Court is not bound by this recommendation and may sentence either defendant to more or less incarceration, if at all. The government's recommendation reflects, however, its view that the defendant's conduct was more serious than her husband's. In this the defendant concurs. She chose to enter the Capitol on January 6, has pled guilty to the offense of Demonstrating, and takes responsibility for her conduct. It was at her instance, the defendant believes, that her husband took part in the event and entered the Capitol; for that, she holds herself responsible. In that light, she is prepared to accept a period of incarceration that is greater than the Court might have contemplated in hopes to spare her husband of *any* incarceration. She views her conduct as more serious and would

make herself the scapegoat – "one that bears the blame for others"[1] – for her husband's infraction. Her moral compass compels this offer.

The defendant urges the Court to consider this in sentencing both the defendant and her husband.

This pleading is,

                       Respectfully submitted,

                       ____*Nathan I. Silver*___

                       Nathan I. Silver
                       DC Bar No. 944314
                       6300 Orchid Drive
                       Bethesda, MD 20817-5614
                       (301) 229-0189/Fax: (301) 229-13625
                       Email: nisquire@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been served upon Thomas D. Campbell, Esq., USDOJ-CRM (Health Care Fraud Section this 27th day of October, 2022)

                       ____*Nathan I. Silver*___

---

[1] Webster's Dictionary online, definition 2a.